# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS,<br><br>    Plaintiff(s),<br><br>v.<br><br>SPRING OAKS SHOPPING CENTER, LLC,<br><br>    Defendant(s). | Case No. 2:23-cv-01501-JAD-NJK<br><br>**ORDER** |

It appears that the summons and complaint were served roughly six months ago. Docket No. 4. Nonetheless, Defendant has not appeared in this case and Plaintiff has not sought a default or taken other steps to prosecute the case. Plaintiff must file a status report by April 16, 2024.

IT IS SO ORDERED.

Dated: April 9, 2024

                                                                                        _____
                                                                                        Nancy J. Koppe
                                                                                        United States Magistrate Judge

1