UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS,<br><br>  Plaintiff(s),<br><br>v.<br><br>SPRING OAKS SHOPPING CENTER, LLC,<br><br>  Defendant(s). | Case No. 2:23-cv-01501-JAD-NJK<br><br>**ORDER** |

This case was filed seven months ago, Docket No. 1, and Defendant was served six months ago, Docket No. 4. Plaintiff filed a status report that the parties have been discussing settlement and are close to a resolution. Docket No. 6. To be perfectly clear, the parties are not permitted to alter deadlines for court proceedings or filings (including the deadline to respond to the complaint) without obtaining judicial approval. *See, e.g.*, Local Rule 7-1(b). Permission to extend the answer deadline was not sought or received in this case.

The Court hereby **ORDERS** Defendant to respond to the complaint by May 15, 2024. The Court also **ORDERS** Plaintiff to serve this order on the defense and to file a proof of service by April 23, 2024.

IT IS SO ORDERED.

Dated: April 18, 2024

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1