UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS,<br><br>      Plaintiff(s),<br><br>v.<br><br>SPRING OAKS SHOPPING CENTER, LLC,<br><br>      Defendant(s). | Case No. 2:23-cv-01501-JAD-NJK<br><br>**ORDER** |

Pending before the Court is an order to show cause why Plaintiff William Eddins and his attorney, David J. Martin, should not be sanctioned for failing to comply with the Court's order to file dismissal papers by June 14, 2024. Docket No. 11. The gist of the response is that counsel is a solo practitioner, that counsel had competing obligations, and that counsel needed more time to file dismissal papers. Docket No. 12. The overriding problem with these excuses is that counsel could have, but did not, seek an extension of the ordered deadline. "If a deadline cannot be met, the proper course is most assuredly not to simply ignore an order." *U.S. Bank N.A. v. SFR Invs. Pool 1, LLC*, 2018 WL 701816, at *4 (D. Nev. Feb. 2, 2018).

While the Court will not impose monetary sanctions in the circumstances presented, both Plaintiff William Eddins and attorney David J. Martin are **CAUTIONED** that all deadlines and Court orders must be followed moving forward. Failure to do so may result in the imposition of monetary and other significant sanctions, up to and including case-dispositive sanctions. In all other respects, the order to show cause is **DISCHARGED**.

Dismissal papers must be filed by July 2, 2024.

IT IS SO ORDERED.

Dated: June 28, 2024

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge